UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC

AUG 1 7 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| In the matter of the search of: | ) | DOCKET NO. 1:12mj28 |
| | ) | |
| 28 Schenk Parkway, Suite 330, | ) | ORDER TO UNSEAL |
| Asheville, NC | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the

captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the above

referenced Search Warrant, Application and Affidavit is hereby UNSEALED.

This the ___17th___ day of August, 2012.


_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE